Earl Faircloth, Atty. Gen., of Fla., Tallahassee, Fla., Charles W. Musgrove, Asst. Atty. Gen., West Palm Beach, Fla., Robert L. Shevin, Atty. Gen., Tallahassee, Fla., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

& Patterson, Houston, Tex., of counsel, for appellant.

Chris Dixie, Dixie, Wolf & Hall, Houston, Tex., for plaintiff-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] Wiley & Sons v. Livingston, 376 U.S. 543, 84 S.Ct. 909, 11 L.Ed.2d 898 (1964).

**LODGE 15, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL–CIO, Plaintiff-Appellee,**

v.

**CAMERON IRON WORKS, Defendant-Appellant.**

No. 30778

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 14, 1971.

**Joseph X. BETHEA, Petitioner-Appellant,**

v.

**Mr. DAGGETT, Acting Warden, Respondent-Appellee.**

No. 71–1078

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 23, 1971.

William Key Wilde, Carlton Wilde, Ron D. Daugherty, Houston, Tex., Bracewell

1. See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.